UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

LAMONT D. MOORE                                                PLAINTIFF

v.                                                      CIVIL ACTION NO. 5:10CV-184-M

DAVID OSBORNE *et al.*                             `                         DEFENDANTS

## MEMORANDUM OPINION

Plaintiff, Lamont D. Moore, initiated this civil action under 42 U.S.C. § 1983 by filing a complaint on or about October 18, 2010. On October 19, 2010, the Clerk of Court mailed Plaintiff a deficiency notice. The mailing was returned to the Clerk of Court by the U.S. Postal Service marked "RTS-Released." A review of the docket sheet indicates that Plaintiff has neither filed a notice of change of address with the Court, nor taken any other action in this matter since it was filed.

Upon filing the instant action, Plaintiff assumed the responsibility to keep this Court advised of his current address and to litigate his claims actively. *See* LR 5.2(d) ("All pro se litigants must provide written notice of a change of address to the Clerk and to the opposing party or the opposing party's counsel. Failure to notify the Clerk of an address change may result in the dismissal of the litigant's case or other appropriate sanctions."). Plaintiff has failed in his obligations to the Court. Because neither notices from this Court nor filings by Defendants in this action can be served on Plaintiff, the Court construes this action to be abandoned. Therefore, the Court will dismiss this action by separate Order.

Date:

cc:      Plaintiff, *pro se*

4413.008